No. 57610.—Williams, Clarke Company Agents for Atlas Trading Co. et al. *v.* United States, protests 952974–G, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items marked "A" consist of kidskin plates similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and that the items marked "B" consist of goatskins the same as those involved in *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*, only so far as the items marked "A" are concerned.

No. 57611.—Williams, Clarke Co., Agts. for Atlas Furs, Inc., et al. *v.* United States, protests 969918–G, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

No. 57612.—President Novelty & Jewelry Co., Inc., et al. *v.* United States, protests 121415–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of shell strands the same in all material respects as the articles involved in *Puerto Rican Handcrafts* v. *United States* (30 Cust. Ct. 18, C. D. 1493), the claim of the plaintiffs was sustained.